# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:03cr102/RV

WILLIAM MARCUS KEIRN

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   March 4, 2009

Motion/Pleadings:   Motion for Reduction of Sentence pursuant to Title 18 U.S.C. 3582(c)(2)

Filed by  Defendant     on 12/1/2008     Doc.#   25

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

          s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  4th  day of  March , 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.*

*(c) The amendments do not affect the Defendant's sentencing guideline range.*

                          /s/  *Roger Vinson*

                             **ROGER VINSON**
                             **Senior United States District Judge**